RACHEL E. KAUFMAN (CSB# 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DILLON, individually and on behalf of all others similarly situated, | CASE NO. 2:20-cv-04243-CBM-AS |
| *Plaintiff*, | |
| v. | PLAINTIFF'S NOTICE OF DISMISSAL |
| UNIVERSAL PROMOTE, INC., a Delaware corporation, | |
| *Defendant*. | |

Plaintiff Todd Dillon hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: October 12, 2020

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Attorney for Plaintiff and the putative Class*